**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 11-1214**

———————

DEREK N. JARVIS,

        Plaintiff - Appellant,

    v.

FEDEX OFFICE & PRINT SERVICES, INCORPORATED,

        Defendant - Appellee.

———————

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Deborah K. Chasanow, Chief District Judge. (8:08-cv-01694-DKC)

———————

Submitted: July 25, 2011         Decided: August 2, 2011

———————

Before NIEMEYER and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Derek N. Jarvis, Appellant Pro Se. David Samuel Panzer, Eric C. Rowe, GREENBERG TRAURIG, LLP, Washington, D.C., for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Derek N. Jarvis appeals from the district court's order denying his motion to reconsider and granting summary judgment against him in his civil action. On appeal, Jarvis contests the denial of his motion to reconsider the court's earlier denial of his spoliation of evidence claim, and the denial of his claim of discrimination under 42 U.S.C. § 1981 (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Jarvis v. FedEx Office & Print Servs., Inc., No. 8:08-cv-01694-DKC (D. Md. Mar. 7, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED